IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff(s)             :
                                   :   Case Number: 1:02cr97
     vs.                           :
                                   :   District Judge Susan J. Dlott
ARTHUR GASSETT                     :
                                   :
          Defendant(s)             :

ORDER

The Federal Public Defender for the Southern District of Ohio, 2000 CBLD Center, 36

East Seventh Street, Cincinnati, Ohio, 45202, 513-929-4834, is appointed to represent this

defendant in these proceedings.


                         s/Susan J. Dlott
                    Susan J. Dlott
                    United States District Judge