IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s) | : |
| | : Case No. 1:02cr97 |
| v. | : |
| | : District Judge Susan J. Dlott |
| ARTHUR GASSETT, | : |
| Defendant(s) | : |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To: United States Marshal
Southern District of Ohio

and/or

The Warden of Hamilton County Justice Center


We command you, that you have the body of ARTHUR GASSETT, now being detained in Hamilton County Justice Center, under your custody, as it is said, under safe and secure conduct, before the Honorable Susan J. Dlott of our District Court within and for the district aforesaid on October 31, 2005 at 10:00 a.m., for a Supervised Release Violation Proceedings and said prisoner to remain within said and for the district pending the complete resolution of the charges and then that you return the said ARTHUR GASSETT, to Hamilton County Justice Center, under safe and secure conduct, and have you then and there this Writ.

Certified copy of this Writ shall be authority for the United States Marshal for the Southern District of Ohio and/or the Warden of Hamilton County Justice Center.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge