IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                                 Case Number: 1:02cr97

Arthur Gassett

Jail term of 28 Months

Defendant is remanded to the United States Marshal

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Betty Schwab, Official |
| Date: | 10/31/05 |