# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ARTHUR GASSETT** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:   1:02CR97<br><br>USM Number:   10925-058<br><br>Richard Smith-Monahan<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) 1, 2, and 3 of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed another crime | 08/2005 |
| 2 | Failure to follow instructions of Prob. Officer | 07/2005 |
| 3 | Failure to not have contact with specific individuals | 07/2005 |

   The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   **1623** | October 31, 2005<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:   **1957** | */s/ Susan J. Dlott*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>**1637 Ardwich Lane**<br>**Springdale, Ohio 45246** | |
| Defendant's Mailing Address:<br>**1637 Ardwich Lane**<br>**Springdale, Ohio 45246** | **SUSAN J. DLOTT**, United States District Judge<br>Name & Title of Judicial Officer<br><br>October 31, 2005<br>Date |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:02CR97 | Judgment - Page 2 of 2 |
| DEFENDANT:    ARTHUR GASSETT | |

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 28 Months, to be served consecutive to any sentence imposed in his current state proceeding. It is this Court's intention that the defendant be returned to the custody of the State of Ohio and that this sentence be served once he has completed his state court sentence.


[ ]    The court makes the following recommendations to the Bureau of Prisons:


[✔]    The defendant is remanded to the custody of the United States Marshal.


[ ]    The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.


[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before 2:00 p.m. on _____.
        [ ] as notified by the United States Marshal but no sooner than
        [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.


                                                      _____
                                                      UNITED STATES MARSHAL

                                        By  _____
                                                      Deputy U.S. Marshal