IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cr97 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Arthur Gassett : | |
| : | |
| Defendant(s) : | |

NOTICE OF APPEAL

Notice is hereby given that Arthur Gassett defendant above named, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on October 31, 2005.

Entered by the Clerk, U.S. District Court
Pursuant to Order of the Court.

JAMES BONINI, CLERK

___s/William Miller_____
Deputy Clerk