UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

06 NOV 14 PM 3:37

No: 05-4578

Filed: November 13, 2006

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ARTHUR GASSETT

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 10/20/06 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS: NO COSTS TAXED

Filing Fee ..........$
Printing............$
    Total ...........$

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: November 13, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 05-4578
    USA vs. Gassett
    District Court No. 02-00097

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

cc:
   Honorable Susan J. Dlott
   Mr. Richard W. Smith-Monahan
   Mr. Anthony Springer

```
Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202
```